Ronald Ryan
Attorney for Debtors
1413 E Hedrick Drive
Tucson AZ 85719
(520)298-3333 fax: (520)743-1020
ronryanlaw@cox.net
AZ Bar #018140  Pima Cty #65325

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

| In re:<br><br>EUGENE A. BERTRAND<br>AND MARJORIE BERTRAND<br><br>Debtor | Case No. 08-16713-TUC-JMM<br><br>**MOTION TO EXPEDITE HEARING ON DEBTOR'S MOTION TO APPROVE SALE OF UNIMPROVED REAL ESTATE**<br><br>Hearing: 1/26/2009 at 1:30 p.m., room 329<br><br>Chapter 13 |
|---|---|

COMES NOW, Ronald Ryan, Attorney for EUGENE A. BERTRAND and MARJORIE BERTRAND, Debtor, and files this Debtor's Motion to Expedite Hearing on Debtor's Motion to Approve Sale of Unimproved Real Estate, and presents unto the Court as follows:

1. This chapter 13 case was commenced by the filing of a petition on 11/19/2008. The plan has not yet been confirmed.

2. Debtor requests an expedited hearing on expedited notice, because the purchaser of the property has stated that he will not go through with the sale if it does not close by the end of January, 2009. Though said purchaser might extend the date, it is not worth the risk of losing the buyer by not closing the sale expeditiously.

3. The hearing on the Motion to Approve the Sale has been set for 1/26/2009 at 1:30 p.m., in Courtroom 329.

WHEREFORE Debtor requests that the Court approve said expedited hearing setting.

Dated: January 15, 2009.

                                            Respectfully submitted,
                                            /s/ Ronald Ryan
                                            Ronald Ryan, Debtor's Counsel