# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

        **Debtor:** EUGENE A & MARJORIE BERTRAND
        **Case Number:** 4:08-bk-16713-JMM     **Chapter:** 13
        **Date / Time / Room:** MONDAY, FEBRUARY 02, 2009 02:45 PM    COURTROOM 430
        **Bankruptcy Judge:** JAMES M. MARLAR
        **Courtroom Clerk:** CINDY TURNBULL
        **Reporter / ECR:** BEVERLY GRANILLO

## Matter:

    \*\*\*VIDEO CONFERENCE\*\*\*    FINAL (EVIDENTIARY) HEARING ON MOTON FOR RELIEF FROM STAY FILED BY JPMORGAN CHASE BANK
    **R / M #:**    19 / 0

## Appearances:

    CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
    RONALD RYAN, ATTORNEY FOR EUGENE A BERTRAND, MARJORIE BERTRAND
    PATRICIA DOYLE-KOSSICK, ATTORNEY FOR JPMORGAN CHASE BANK, APPEARING BY PHONE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 4:08-bk-16713-JMM          MONDAY, FEBRUARY 02, 2009 02:45 PM

## *Proceedings:*

MR. RYAN STATES HE HAS FILED AN UPDATED RESPONSE TO THE MOTION. HE HANDS THE COURT CANCELLED CHECKS AND A COPY OF A RETAIL INSTALLMENT CONTRACT FOR REVIEW.

COURT: IS THERE ANY FACTUAL TESTIMONY?

MR. RYAN STATES HE CAN PRESENT ARGUMENT.

MS. DOYLE-KOSSICK STATES SHE DOESN'T HAVE EVIDENCE TO PRESENT OTHER THAN THE DECLARATION SHE FILED LAST WEEK. THE VEHICLE IN QUESTION IS BEING DRIVEN BY THE DEBTORS' SON AND DAUGHTER-IN-LAW. THE DEBTORS ARE NOT PAYING FOR THIS IN THEIR PLAN. THEY HAVE ZERO INTEREST IN THE VEHICLE. THE PLAN HAS NO PROVISION FOR CHASE BANK. SHE FEELS THIS IS A 363(d)(2) ARGUMENT, AND THE STAY SHOULD LIFT.

MR. RYAN STATES THE DEBTORS HAVE FILED AMENDED SCHEDULES B & D TO SHOW THIS IS AN ASSET AND A SECURED DEBT. THEY CAN FILE AN AMENDED PLAN. THE CREDITOR CAN HAVE THE STAY LIFTED IF PAYMENTS ARE NOT MADE.

COURT: THE ISSUES ARE 1) THE VEHICLE IS BEING DRIVEN BY SOMEONE NOT CONTRACTUALLY LIABLE, AND 2) IS THE BANK BOUND BY SOMETHING THE DEALER MAY HAVE KNOWN?

MS. DOYLE-KOSSICK STATES THE DEBTORS HAVE NO EQUITY IN THE CAR. THEY HAVE BEEN 30 DAYS' LATE ON NINE OCCASIONS, BUT ARE CURRENT NOW.

MR. RYAN STATES MR. COX, SR. COULDN'T HAVE QUALIFIED AT THE TIME. THEY ARE HELPING EACH OTHER AS A FAMILY.

COURT: IF THE PAYMENTS ARE CURRENT, CAN A NEW DEBTOR BE ADDED TO THE CONTRACT?

MS. DOYLE-KOSSICK STATES MR. COX IS IN BANKRUPTCY. THERE IS HANDICAPPED EQUIPMENT INSTALLED IN THE VEHICLE.

MR. MORRIS STATES HE HAS CONCERNS ABOUT THE CASE, HE EXPLAINS.

MS. DOYLE-KOSSICK STATES HER CLIENT WON'T ADD PARTIES TO THE CONTRACT. SHE FEELS MR. COX SHOULD HAVE FOUND HIS OWN VEHICLE. HER CLIENT NEEDS THE CONTRACT ENFORCED BY THE BERTRANDS. SHE WANTS STAY RELIEF.

MR. RYAN RESPONDS.

COURT: THIS MATTER WILL BE TAKEN UNDER ADVISEMENT TO REVIEW THE U.C.C. THE PARTIES ARE FREE TO FILE ANY PAPERS THEY WISH REGARDING THE LEGAL ISSUES IDENTIFIED.

C-JUDGE (U/A)
   GLORIA (U/A)