# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | EUGENE A & MARJORIE BERTRAND |
| **Case Number:** | 4:08-BK-16713-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 19, 2009 02:15 PM   COURTROOM 430 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | LUPE MARTINEZ |

## *Matter:*

OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN FILED BY JPMORGAN CHASE BANK, N.A.

**R / M #:**   51 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
RONALD RYAN, ATTORNEY FOR EUGENE A BERTRAND, MARJORIE BERTRAND
PATRICIA DOYLE-KOSSICK, ATTORNEY FOR JPMORGAN CHASE BANK

## *Proceedings:*

MS. KOSSICK STATES THIS ISSUE HASN'T BEEN RESOLVED.  THIS GOES BACK TO THE LIFT STAY WHICH WAS ENTERED IN MARCH.  THE LOAN IS DELINQUENT.

MR. RYAN STATES THE DEBTORS HAVE PAID $12,000 IN THE LAST EIGHT MONTHS, AND THEY ARE NOT DELINQUENT.

COURT:  THIS MATTER WILL BE TAKEN UNDER ADVISEMENT.

C-JUDGE (U/A)
  GLORIA (U/A)