**SIGNED.**

Dated: September 03, 2009

*James M. Marlar*
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| EUGENE A. BERTRAND and MARJORIE BERTRAND, | No. 4:08-bk-16713-JMM |
| Debtors. | **ORDER** |

Consistent with the court's Memorandum Decision regarding confirmation of the Debtors' amended plan (DN 46),

IT IS HEREBY ORDERED CONFIRMING the Debtors' amended Chapter 13 plan dated March 20, 2009; and

IT IS FURTHER ORDERED OVERRULING the objections to the plan filed by the Chapter 13 Trustee, JPMorgan Chase Bank and Countrywide Home Loans.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Ronald Ryan, Attorney for Debtor

Patricia Doyle-Kossick, Attorney for JPMorgan Chase Bank, N.A.

Mark S. Bosco, Attorney for Countrywide

Dianne C. Kerns, Trustee

Office of the U.S. Trustee